# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Corrigan, Timothy J. | U.S.D.C., M.D. Fla. | 05/24/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | X Nomination, Date 05/22/2002 <br><br> Initial  Annual  Final | 01/01/2001 to 04/30/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 52029 <br><br> Jacksonville, FL 32201 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Member, Board of Directors | Guardian of Dreams (current) |
| 2 | Counselor | Chester Bedell Inn of Court (current) |
| 3 | Member, Board of Directors | Homeowners' Association (resigned 2001) |

## I. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 1996 | Bedell, Dittmar, DeVault & Pillans Employee Profit Sharing Plan w/former firm (no control) |
| 2 | | |
| 3 | | |

## I. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |

**FINANCIAL DISCLOSURE REPORT** Corrigan, Timothy J. 05/24/2002

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Bank of America | A | Interest | J | T | Exempt | | | | |
| 2  Bedell Profit Sharing Plan | | None | N | T | Exempt | | | | |
| 3  Jax Fed. Credit Union (includes IRA) | A | Interest | J | T | Exempt | | | | |
| 4  Jax Fed. Credit Union (includes IRA) | D | Interest | M | T | Exempt | | | | |
| 5  Vanguard MM Acct. | B | Dividend | K | T | Exempt | | | | |
| 6  Compass Bank Stock | B | Dividend | K | T | Exempt | | | | |
| 7  Nat'l Life of Vermont (ins. policy) | D | Dividend | L | T | Exempt | | | | |
| 8  U.S. Savings Bonds | | None | J | T | Exempt | | | | |
| 9  U.S. Savings Bonds | | None | K | T | Exempt | | | | |
| 10  U.S. Savings Bonds | | None | K | T | Exempt | | | | |
| 11  Jax. Navy Fed. Credit Union | A | Interest | | | Exempt | | | | |
| 12  Vanguard Int'l Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 13  Vanguard MM Acct. | A | Dividend | J | T | Exempt | | | | |
| 14  Vanguard Total Stock Market Fund | A | Dividend | K | T | Exempt | | | | |
| 15  Vanguard MM Acct. | A | Dividend | J | T | Exempt | | | | |
| 16  Vanguard Total Stock Market Fund | A | Dividend | J | T | Exempt | | | | |
| 17  Vanguard Total Stock Market Index Fund | A | Dividend | K | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Montgomery U.S. Emerging Growth Fund IRA | A | Dividend | | | Exempt | | | | |
| 19 Vanguard MM Acct. (IRA) | A | Dividend | K | T | Exempt | | | | |
| 20 Montgomery MM Fund (IRA) | A | Dividend | | | Exempt | | | | |
| 21 Montgomery MM Fund (IRA) | A | Dividend | | | Exempt | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Name of Person Reporting

FINANCIAL DISCLOSURE REPORT    Corrigan, Timothy J.

05/24/2002

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _5/24/02_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

TIMOTHY J. and NANCY M CORRIGAN (JOINT)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household. AS OF 3/31/02 unless otherwise noted

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 118 | 000 | Notes payable to banks-secured | | |
| U.S. Government securities-add schedule (savings bonds) | 9 | 000 | Notes payable to banks-unsecured | | |
| Listed securities-add schedule (attached) | 103 | 905 | Notes payable to relatives | | |
| Unlisted securities--add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule CENLAR mortgage residence | 139 | 000 |
| Real estate owned-add schedule (residence) | 245 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 35 | 000 | | | |
| Cash value-life insurance | 73 | 000 | | | |
| Other assets itemize: | | | | | |
| Pension Plan (former firm) | 355 | 630 | (as of 7/31/01) | | |
| Federal Thrift Savings Plan | 81 | 200 | | | |
| | | | Total liabilities | 139 | 000 |
| | | | Net Worth | 881 | 735 |
| Total Assets | 1,020 | 735 | Total liabilities and net worth | 1,020 | 735 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | NO | | Are any assets pledged? (Add schedule) No (except mortgage) | | |
| On leases or contracts | NO | | Are you defendant in any suits or legal actions? See #21 on Questionnaire | | |
| Legal Claims See #21 on Questionnaire | | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | N/A | | | | |
| Other special debt | N/A | | | | |

* 10,000 face value — maturing 2004

# FINANCIAL STATEMENT

## NET WORTH

Minor Child #1 (As of 3/31/02)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks ≈ | 1 | 900 | Notes payable to banks-secured | | | | |
| U.S. Government securities-add schedule   SAVINGS BONDS ≈ | 35 | 000 | Notes payable to banks-unsecured | | | | |
| Listed securities-add schedule  Vanguard  UGMA | 18 | 979 | Notes payable to relatives | | | | |
| Unlisted securities-add schedule | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | Unpaid income tax | | | | |
| Due from others | | | Other unpaid income and interest | | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | | | |
| Real estate owned-add schedule | | | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | | |
| Autos and other personal property | | | | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Pre paid College Plan ≈ | 8 | 000 | (estimated) | | | | |
| | | | | | | | |
| | | | Total liabilities | | O | | |
| | | | Net Worth ≈ | | 63 | 879 | |
| Total Assets ≈ | 63 | 879 | Total liabilities and net worth ≈ | | 63 | 879 | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | | | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | | | | |
| Legal Claims | | | Have you ever taken bankruptcy? | | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

✗ Estimate – $50,000 face value on Series EE Savings Bonds – maturing between 2003 - 2005

# FINANCIAL STATEMENT

## NET WORTH

Minor Child # 2 (As of 3/31/02)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks ≈ | $ | | 790 | Notes payable to banks-secured | | | | |
| U.S. Government securities-add schedule (savings bonds) ≈ | | 35, | 000 | Notes payable to banks-unsecured | | | | |
| Listed securities-add schedule Vanguard UGMA | | 16, | 748 | Notes payable to relatives | | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid income and interest | | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | | |
| Real estate owned-add schedule | | | | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | | |
| Autos and other personal property | | | | | | | | |
| Cash value-life insurance | | | | | | | | |
| Other assets itemize: | | | | | | | | |
| Prepaid College Plan ≈ | | 8, | 000 | (estimate) | | | | |
| | | | | | | | | |
| | | | | Total liabilities | | | O | |
| | | | | Net Worth ≈ | | | 60, | 538 |
| Total Assets ≈ | | 60, | 538 | Total liabilities and net worth ≈ | | | 60, | 538 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |

\* Estimated - $50,000 face value series EE savings Bonds maturing between 2003 - 2005